# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Campbell-Smith, Patricia E. | 2. Court or Organization  United Court of federal Claims | 3. Date of Report  04/04/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Chief Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015 **to** 12/31/2015 |

**7. Chambers or Office Address**

United States Court of Federal Claims
717 Madison Place N.W.
Washington, D.C. 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell-Smith, Patricia E.** | 04/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell-Smith, Patricia E.** | 04/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | credit card | K |
| 2. ▓▓▓▓▓▓▓ | tuition | J |
| 3. ▓▓▓▓▓▓ | tuition | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell-Smith, Patricia E.** | 04/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T bank - cash accounts | A | Interest | J | T | | | | | |
| 2. New York Life Insurance - whole life | A | Dividend | O | W | | | | | |
| 3. Morgan Stanley - AAA (mutual funds) | C | Distribution | J | T | Sold (part) | 01/02/15 | J | | |
| 4. (same as above) | C | Distribution | J | T | Sold (part) | 01/23/15 | J | | |
| 5. (same as above) | C | Distribution | J | T | Sold (part) | 02/12/15 | J | | |
| 6. (same aas above) | D | Distribution | J | T | Sold (part) | 02/26/15 | J | | |
| 7. (same as above) | C | Distribution | J | T | Sold (part) | 03/19/15 | J | | |
| 8. (same as above) | D | Distribution | J | T | Sold (part) | 04/27/15 | J | | |
| 9. (same as above) | C | Distribution | J | T | Sold (part) | 05/22/15 | J | | |
| 10. (same as above) | C | Distribution | J | T | Sold (part) | 06/18/15 | J | | |
| 11. (same as above) | D | Distribution | J | T | Sold (part) | 07/20/15 | J | | |
| 12. (same as above) | D | Distribution | J | T | Sold (part) | 07/27/15 | J | | |
| 13. (same as above) | E | Distribution | L | T | Sold (part) | 09/17/15 | K | | |
| 14. (same as above) | E | Distribution | K | T | Sold (part) | 11/16/15 | K | | |
| 15. (same as above) | D | Distribution | J | T | Sold (part) | 12/04/15 | J | | |
| 16. Morgan Stanley (other mutual funds) Investco Amer Franchise A (X) | A | Dividend | J | T | | | | | |
| 17. Morgan Stanley (other mutual funds) Investco Intl Growth A | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell-Smith, Patricia E.** | 04/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LORD ABBOTT SHT DURATION INC C | A | Dividend | J | T | Sold (part) | 11/30/15 | J | | |
| 19. JP MORGAN VALUE ADVANTAGE | D | Distribution | J | T | Sold (part) | 12/04/15 | J | | |
| 20. LORD ABBOTT SHT DURATION INC C | D | Distribution | J | T | Sold (part) | 12/04/15 | J | | |
| 21. MORGAN STANLET PRIVATE BANK NA | A | Int./Div. | J | T | | | | | |
| 22. MORGAN STANLEY MMF | D | Distribution | J | T | Sold (part) | 12/01/15 | J | | |
| 23. LORD ABBOTT DURATION INC C | G | Distribution | M | T | Sold (part) | 12/01/15 | M | | |
| 24. FIDELITY ADVANTAGE NEW INSIGHTS C | B | Int./Div. | J | T | | | | | |
| 25. FIRST EAGLE GLOBAL | A | Int./Div. | J | T | | | | | |
| 26. JP MORGAN STRAT INC OPPORT C | A | Dividend | J | T | | | | | |
| 27. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 28. Wells Fargo IRA: Prudential Jennison (X) | B | Dividend | | | Redeemed | 12/16/15 | J | B | |
| 29. Prudential Investment - high yield (X) | A | Dividend | | | Redeemed | 12/01/15 | J | A | |
| 30. Prudential Investment Growth Fund(X) | A | Int./Div. | | | Redeemed | 12/16/15 | J | A | |
| 31. Templeton Devlp. Marks (X) | A | Dividend | | | Redeemed | 12/28/15 | J | A | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell-Smith, Patricia E.** | 04/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

 and I were married on November 21, 2015.  This report reflects a financial reporting for both of us for the entirety of 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia E. Campbell-Smith**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544